UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Lucy Clark

    v.                                  Case No. 26-cv-332-LM-TSM

Rosenthal et al.

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated May 4, 2026 .  "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Rivera-Aponte v. Gomez Bus Line, Inc., 62 F.4th 1, 10 (1st Cir. 2023) (quoting Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)); see also Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016) ("[P]arties who fail to file objections to a magistrate judge's report and recommendation lose their right to appellate review.").

The complaint is dismissed with prejudice. The Clerk is directed to enter judgment and close the case.

_____
Landya B. McCafferty
United States District Judge

Date: June 18, 2026

cc: Lucy Clark, pro se